RECEIVED

1  DONALD F. ZIMMER, JR. (State Bar No. 112279) JUN 21 PM 3:36
   MICHAEL P. PULLIAM (State Bar No. 215435)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105-2235
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendant
   BARR LABORATORIES, INC.
6

7

8             UNITED STATES DISTRICT COURT
9             NORTHERN DISTRICT OF CALIFORNIA    **BY FAX**
10

11  LENDER WILKERSON and GEORGE         Case No. CV-05-2463 MHP
    WILKERSON,
12                                      **PARTIES' STIPULATION TO
              Plaintiffs,               EXTEND TIME FOR DEFENDANT
13                                      BARR LABORATORIES, INC. TO
        v.                              FILE RESPONSIVE PLEADING**
14
    WYETH PHARMACEUTICALS, INC.,
15  WYETH-AYERST
    PHARMACEUTICALS, INC., WYETH-
16  AYERST INTERNATIONAL, INC.;
    WYETH LABORATORIES, INC.,
17  WYETH PHARMACEUTICALS;
    WYETH, INC.; PHARMACIA &
18  UPJOHN, INC.; PFIZER, INC.; BARR
    LABORATORIES, INC.; GREENSTONE
19  LTD.; MICHELLE LUNA, and DOES 1
    THROUGH 100, inclusive,
20
              Defendants.
21

22

23      WHEREAS, the deadline for filing a responsive pleading to Plaintiffs' complaint

24  in the above-entitled action is presently set for June 21, 2005;

25      WHEREAS, the parties need additional time to resolve issues associated with the

26  above-entitled action;

27      IT IS HEREBY STIPULATED by and between the parties hereto through their

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

PARTIES' STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING    CASE NO. CV-05-2463 MHP

Dockets.Justia.com

1  respective attorneys of record that:

2      1.    The deadline for filing a responsive pleading in the above-captioned matter
3  shall be extended to twenty (20) days after either:

4      (a)    transfer of the action to the MDL 1507 – In Re: Prempro Products
5  Liability Litigation before the United States District Court for the Eastern
6  District of Arkansas – Western Division (Little Rock), the Honorable Bill
7  Wilson presiding; or, alternatively,

8      (b)    remand of the action to the appropriate California state court.

9  Dated: June 17, 2005     PAUL & JANOFSKY

11  MICHAEL B. GURIEN (SBN 180538)

12  Attorneys for Plaintiffs
13  LENDER WILKERSON and GEORGE WILKERSON

16  Dated: June 20, 2005     DRINKER BIDDLE & REATH LLP

18  MICHAEL P. PULLIAM (SBN 215435)

19  Attorneys for Defendant
    BARR LABORATORIES, INC.

6/22/05     IT IS SO ORDERED

U.S. DISTRICT JUDGE

2

PARTIES' STIPULATION TO EXTEND TIME TO FILE RESPONSIVE...